**United States District Court, Southern District of New York**

---

| | |
|---|---|
| LA BARBERA, et al. | ) Index No.: 08CV3736 |
| | ) |
| Plaintiff | ) **AFFIDAVIT OF SERVICE** |
| v. | ) |
| ELITE READY MIX CORP. | ) |
| | ) |
| Defendant | ) |

---

STATE OF New York: COUNTY OF New York    ss:

I, MARVIN COHEN, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.   That on MAY 01, 2008 at 3:30 PM at 530 FAILE STREET, BRONX, NY 10474, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT, JUDGES RULES on ELITE READY MIX CORP. therein named.

**CORPORATION/BUSINESS:**   by delivering thereat a true copy of each to JASON CAWLEY personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:**   Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: No    Age: 35    Height: 5'10"    Weight: 175

**COMMENTS**: Recipient represented to me that he is authorized to accept service of process on behalf of Elite Ready Mix Corp.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___5th___ day of ___May___, 2008.
Notary Public            My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009